UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHRISTOPHER COFFER,<br><br>Plaintiff,<br><br>v.<br><br>OLIVEROS, et al.,<br><br>Defendants. | 2:25-cv-1286-CKD P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff Jonathan Coffer, a state prisoner, proceeds without counsel and seeks relief under 42 U.S.C. § 1983. This matter was referred to the undersigned by Local Rule 302. See 28 U.S.C. § 636(b)(1). Plaintiff's complaint is before the court for screening. (ECF No. 1.) The court's records reveal that on May 6, 2025, plaintiff filed a complaint in the Fresno division of this court that is virtually identical to the present complaint except that the present complaint contains one additional page with a list of defendants. See Coffer v. Oliveros, et al., 1:25-cv-00531-GSA ("duplicative case").[1] On May 7, 2025, the duplicative case was transferred to the Northern District of California, where it was assigned case number case number 5:25-cv-04140. Due to the duplicative nature of the present action with the action already transferred to the Northern District of California, the undersigned will recommend the present action be dismissed.

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

In accordance with the above, IT IS ORDERED that the Clerk of the Court is directed to assign a district judge to this case.

In addition, IT IS RECOMMENDED as follows:

1. This action be dismissed as duplicative to <u>Coffer v. Oliveros, et al.</u>, 1:25-cv-00531-GSA; and

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 5) be denied as moot.

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 16, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, coff1286.23