UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN CHRISTOPHER COFFER,

Plaintiff,

v.

OLIVEROS, et al.,

Defendants.

No. 2:25-cv-01286 DAD CKD P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING THIS ACTION AS DUPLICATIVE AND DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT

(Doc. Nos. 5, 7)

Plaintiff Jonathan Christopher Coffer is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 16, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed as duplicative of a virtually identical action that plaintiff previously filed in this court entitled *Coffer v. Oliveros, et al.*, 1:25-cv-00531-GSA (E.D. Cal.), which action was transferred to the U.S. District Court for the Northern District of California. (Doc. No. 7.)

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To

/////

date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on September 16, 2025 (Doc. No. 7) are adopted in full;
2. This action is dismissed as duplicative of *Coffer v. Oliveros, et al.*, 1:25-cv-00531-GSA (E.D. Cal.);
3. Plaintiff's application to proceed in forma pauperis (Doc. No. 5) is denied as having been rendered moot by this order of dismissal; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 16, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE